

Warren von Credo Baker
Partner
(312) 569-1350 Direct
(312) 569-3350 Fax
Warren.Baker@dbr.com

*Law Offices*

191 N. Wacker Drive
Suite 3700
Chicago, IL
60606-1698

(312) 569-1000
(312) 569-3000 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

May 7, 2008

***Via Overnight Mail & Filed with Court***

Hon. Martin Glenn
U.S. Bankruptcy Judge
Southern District of New York
One Bowling Green
Room 606
New York, NY 10004-1408

  Re: *Janice B. Grubin v. Anastasios (a/k/a Tom) Gianopoulos, et al.*,
     Case No. 07-08221

Dear Judge Glenn:

  On behalf of Janice B. Grubin, the Chapter 11 Trustee, and the Rattet Defendants, the parties continue to pursue mediation and by this letter would like to confirm Your Honor's granting of our request to extend the stay put in place by the Order of April 7, 2008 and due to expire today after previous extensions, to and including Wednesday, May 14, 2008. Thank you.

              Very truly yours,

              Warren Baker

              Warren von C. Baker

WvonCB/ajcp
cc: Gil Coogler, Esq.

CH02/ 22522832.1

*Established 1849*